```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

ASSOCIATION FOR ACCESSIBLE             *
MEDICINES
                                       *
            Plaintiff
                                       *
      vs.                                  CIVIL ACTION NO. MJG-17-1860
                                       *
FROSH, et al.
                                       *
            Defendants
*     *     *     *     *     *     *     *     *

## JUDGMENT PURSUANT TO RULE 54(b)

Pursuant to the Memorandum and Order Re: Entry of Partial Final Judgment and Injunction Pending Appeal issued herewith:

1. Judgment shall be, and hereby is, entered in favor of Defendants against Plaintiff on the First Cause of Action under the dormant Commerce Clause.

2. All claims in the Complaint, except those presented based upon the Due Process Clause of the Fourteenth Amendment, are hereby dismissed with prejudice without costs.

SO ORDERED, this Thursday, October 12, 2017.

```
                              /s/_____
                          Marvin J. Garbis
                      United States District Judge
```