# APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** _____ <br><br> \_\_\_ First NOA in Case <br> \_\_\_ Subsequent NOA-same party <br> \_\_\_ Subsequent NOA-new party <br> \_\_\_ Subsequent NOA-cross appeal <br> \_\_\_ Paper ROA   \_\_\_ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** USDC Maryland <br><br> **Division:** Baltimore <br><br> **Caption:** | **District Case No.:** <br><br> **4CCA No(s). for any prior NOA:** <br><br> **4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   \_\_\_ Bail   \_\_\_ Interlocutory   \_\_\_ Recalcitrant Witness   \_\_\_ Other _____

| **Confinement**-Criminal Case**:** <br> \_\_\_ Death row-use DP Transmittal <br> \_\_\_ Recalcitrant witness <br> \_\_\_ In custody <br> \_\_\_ On bond <br> \_\_\_ On probation <br> **Defendant Address**-Criminal Case**:** <br><br><br><br><br><br> **District Judge:** <br><br><br> **Court Reporter** (list all): <br><br><br><br> **Coordinator**: | **Fee Status:** <br> \_\_\_ No fee required (USA appeal)   \_\_\_ Appeal fees paid in full   \_\_\_ Fee not paid <br> **Criminal Cases:** <br> \_\_\_ District court granted & did not revoke CJA status (continues on appeal) <br> \_\_\_ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> \_\_\_ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> \_\_\_ Court granted & did not revoke IFP status (continues on appeal) <br> \_\_\_ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> \_\_\_ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases**: <br> \_\_\_ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> \_\_\_ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br> **Sealed Status** (check all that apply)**:** <br> \_\_\_\_ Portions of record under seal <br> \_\_\_\_ Entire record under seal <br> \_\_\_\_ Party names under seal <br> \_\_\_\_ Docket under seal |
|---|---|

| **Record Status for Pro Se Appeals** (check any applicable)**:** <br> \_\_\_ Assembled electronic record transmitted <br> \_\_\_ Additional sealed record emailed to 4cca-filing <br> \_\_\_ Paper record or supplement shipped to 4CCA <br> \_\_\_ No in-court hearings held <br> \_\_\_ In-court hearings held – all transcript on file <br> \_\_\_ In-court hearings held – all transcript not on file <br> \_\_\_ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br> \_\_\_ Assembled electronic record available if requested <br> \_\_\_ Additional sealed record available if requested <br> \_\_\_ Paper record or supplement available if requested <br> \_\_\_ No in-court hearings held <br> \_\_\_ In-court hearings held – all transcript on file <br> \_\_\_ In-court hearings held – all transcript not on file <br> \_\_\_ Other: |
|---|---|

Deputy Clerk: _____   Phone:_____   Date:_____

01/2012