```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

ASSOCIATION FOR ACCESSIBLE    *
MEDICINES
                              *
          Plaintiff
                              *
     vs.                          CIVIL ACTION NO. MJG-17-1860
                              *
FROSH, et al.
                              *
          Defendants
*    *    *    *    *    *    *    *    *
```

INITIAL SCHEDULING ORDER

As discussed in the conference held this date, the parties shall, by October 30, 2017 submit a single joint proposed Scheduling Order or separate proposed Scheduling Orders.

SO ORDERED, this Monday, October 16, 2017.

```
                         /s/
                    Marvin J. Garbis
               United States District Judge
```