IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASSOCIATION FOR ACCESSIBLE
MEDICINES,

    *Plaintiff,*

    v.                                    Civil Action No. 1:17-cv-01860

BRIAN E. FROSH, in his official
capacity as Attorney General for the
State of Maryland, and DENNIS R.
SCHRADER, in his official capacity
as Secretary of the Maryland
Department of Health,

    *Defendants.*

## [JOINT ~~PROPOSED~~] SCHEDULING ORDER

In accordance with the Court's October 16, 2017 Initial Scheduling Order, the parties have agreed to the following proposed initial case schedule.

The following case scheduling deadlines shall hereby apply in the above-captioned action:

| Date | Event |
| --- | --- |
| November 8, 2017 | Defendants shall file and serve their Answer to Plaintiff's Complaint. |
| November 15, 2017 | The parties shall conduct a discovery conference under Federal Rule of Civil Procedure 26(f). |
| November 29, 2017 | The parties shall file a joint written Rule 26(f) report with discovery plan. |

1

IT IS SO ORDERED.

Dated this 31st day of October, 2017

/s/
Marvin J. Garbis
United States District Judge