**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES, | * |
| | * |
| *Plaintiff*, | * |
| | *    Civil Action No. 17-1860-MJG |
| v. | * |
| BRIAN E. FROSH *et al.*, | * |
| | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DISCLOSURE OF CORPORATE INTEREST**

I certify, as counsel in this case, that Brian E. Frosh, in his official capacity as Attorney General for the State of Maryland, and Dennis R. Schrader, in his official capacity as Secretary of the Maryland Department of Health, are not affiliates or parents of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

Dated: November 7, 2017

                                               *s/ Leah J. Tulin*
                                        LEAH J. TULIN (Bar No. 20083)
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        200 St. Paul Place, 20th Floor
                                        Baltimore, Maryland 21202
                                        (410) 576-6962 (tel.); (410) 576-7036 (fax)
                                        ltulin@oag.state.md.us

                                        Attorney for Defendants

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 7th day of November, 2017, a copy of the foregoing Disclosure of Corporate Interest was delivered to all counsel of record via CM/ECF.

                 */s/ Leah J. Tulin*
                 Leah J. Tulin