```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

ASSISTANT FOR ACCESSIBLE      *
MEDICINES
                              *
           Plaintiff
                              *
       vs.                        CIVIL ACTION NO. MJG-17-1860
                              *
FROSH, et al.
                              *
           Defendants
  *     *     *     *     *     *     *     *     *
```

## SCHEDULING ORDER

In light of the Joint Rule 26(f) Conference Report [ECF No. 61]:

1. All fact discovery shall be completed by June 1, 2018.

2. By June 22, 2018, Plaintiff shall:

   a) Provide the identity of all expert witnesses.

   b) Provide Rule 26(a)(2) information.

   c) Provide dates within 14 days on which each expert is available for deposition so that depositions can be taken.

3. By July 20, 2018, Defendants shall:

   a) Provide the identity of all expert witnesses.

   b) Provide Rule 26(a)(2) information.

      c)    Provide dates within 14 days on which each expert is available for deposition so that depositions can be taken.

4. Any summary judgment motion shall be filed by July 31, 2018.

SO ORDERED, this <u>Thursday, November 30, 2017</u>.

                                              /s/
                                    Marvin J. Garbis
                       United States District Judge